J-A14012-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| CORNWALL MOUNTAIN INVESTMENTS, L.P., AND RANGE RESOURCES – APPALACHIA, LLC | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| THOMAS E. PROCTOR HEIRS TRUST, INTERNATIONAL DEVELOPMENT CORPORATION, PENNLYCO, LTD., VIRGINIA ENERGY CONSULTANTS, LLC, ATLANTIC HYDROCARBON, LLC, CHIEF EXPLORATION AND DEVELOPMENT, LLC, QUEST EASTERN RESOURCE, LLC, AND EXCO HOLDING (PA), INC. | |
| v. | |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY INTERVENOR TRUSTEES' OF THE MARGARET O.F. PROCTOR TRUST, JOINDER DEFENDANT | |
| APPEAL OF: THOMAS E. PROCTOR HEIRS TRUST | No. 1701 MDA 2015 |

Appeal from the Order Entered September 3, 2015
In the Court of Common Pleas of Lycoming County
Civil Division at No(s): 11-00718

BEFORE:  BOWES, OTT AND PLATT,* JJ.

JUDGMENT ORDER BY BOWES, J.:        **FILED DECEMBER 21, 2016**

The Thomas E. Proctor Heirs Trust appeals from the final order

granting judgment on the pleadings in favor of Cornwall Mountain

_____
* Retired Senior Judge assigned to the Superior Court.

Investments, L.P. and Range Resources–Appalachia, LLC (collectively "Cornwall"),[1] in this action to quiet title to subsurface minerals, oil, and gas lying beneath three thousand acres in Lycoming County ("the Property"). This appeal involves identical issues and parties as the appeal filed by the Trustees of the Margaret O.F. Proctor Trust, at No. 1706 MDA 2015, ***Cornwall Mountain Investments, L.P.***, ***v. Thomas E. Proctor Heirs Trust***, also assigned to this Panel.  We affirm, based on our recent opinion in the appeal at No. 1706 and the reasons cited therein.

Order affirmed.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary


Date: 12/21/2016

---

[1] Cornwall entered into an oil, gas, and coalbed methane lease with Range Resources on April 30, 2007.